1  **JESSE S. KAPLAN   CSB#103726**
2  **5441 Fair Oaks Bl. Ste. C-1**
   **Carmichael, CA   95608**
3  **916/488-3030**
   **916/489-9297 fax**
4
5  **Attorney for Plaintiff**
   **MARIE ELAINE GILLIT**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MARIE ELAINE GILLIT, | No.   2:17-CV-01126-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to January 5, 2018.

This is a first extension requested because plaintiff's counsel has multiple briefs due at essentially the same time, in addition to his other work.

[Pleading Title] - 1

Dated:   January 2, 2018              /s/    *Jesse S. Kaplan*
                                      JESSE S. KAPLAN
                                      Attorney for Plaintiff


                                      PHILLIP A. TALBERT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Counsel, Region IX
                                      Social Security Administration

Dated:  January 2, 2018                 */s/ per e-mail authorization*

                                      ELLINOR CODER
                                      Special Assistant U.S. Attorney
                                      Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to January 5, 2018.

SO ORDERED.

Dated:  January 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE