**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MARIE ELAINE GILLIT**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MARIE ELAINE GILLIT, | No.   2:17-CV-01126-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended eight days to February 28, 2018.

This is a first extension. Counsel has other briefs due, his computer will be down for half a day, and he will be out of town two-and-a-half days.

[Pleading Title] - 1

Dated: February 20, 2018                                    /s/   *Jesse S. Kaplan*
                                                            JESSE S. KAPLAN
                                                            Attorney for Plaintiff


                                                            PHILLIP A. TALBERT
                                                            United States Attorney
                                                            DEBORAH LEE STACHEL
                                                            Regional Counsel, Region IX
                                                            Social Security Administration

Dated: February 20, 2018                                      */s/ per e-mail authorization*

                                                            ELLINOR CODER
                                                            Special Assistant U.S. Attorney
                                                            Attorney for Defendant


## **ORDER**

   For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 28, 2018.

   SO ORDERED.


Dated: February 22, 2018

                                                            _____
                                                            ALLISON CLAIRE
                                                            UNITED STATES MAGISTRATE JUDGE